UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-24591-CIV-GRAHAM/MCALILEY

BARRY COHEN

            Plaintiff,

v.

GOOGLE, LLC

            Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC
## FILING

**THIS CAUSE** having come before the Court on the Motion to Appear *Pro Hac Vice* for David Berlin, Esquire, Gary Schafkopf, Esquire, and Brian Mildenberg, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, [D.E. 8], filed January 28, 2019, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

      **ORDERED AND ADJUDGED** that:

      The Motion is **GRANTED**. David Berlin, Esquire, Gary Schafkopf, Esquire, and Brian Mildenberg, Esquire, may appear and participate in this action on behalf of Plaintiff, Barry Cohen. The Clerk shall provide electronic notification of all electronic filings to, David Berlin,

Esquire at email address: dberlin@weisberglawoffices.com, Gary Schafkopf at email address: gary@schaflaw.com, and Brian Mildenberg at email address: brian@mildenberglaw.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___29th___ day of January, 2019.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record